**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVIE HANKS,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:11-cv-1368-Orl-28DAB**

**RACETRAC PETROLEUM, INC.,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. No. 12) filed September 7, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the non-objections to the Report and Recommendation (Doc. Nos. 14, 15), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed September 9, 2011 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. No. 12) is **GRANTED.**

    3. The Court finding the settlement agreement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues, it is approved.

    4. This case is dismissed with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party